```
              IN THE UNITED STATES DISTRICT COURT           FILED BY _____ D.C.
             FOR THE WESTERN DISTRICT OF TENNESSEE
                         WESTERN DIVISION                   05 NOV -8 PM 4: 50

                                                            THOMAS M. GOULD
                                                            CLERK, U.S. DISTRICT COURT
NORMAN A. JESTER AND WIFE,                                  W/D OF TN MEMPHIS
PATRICIA JESTER,

       Plaintiffs,

VS.                                   NO. 05-2804-MaV

MERCK & CO., INC., ET AL.,

       Defendants.
```

ORDER STAYING PROCEEDINGS

Before the court is defendant Merck's October 26, 2005, motion for a stay of this proceeding pending a decision on transfer of this matter to the Multidistrict Litigation Panel. For good cause shown, the motion is granted. This case is stayed pending a transfer decision by the Judicial Panel on Multidistrict Litigation.

It is so ORDERED this 8th day of November, 2005.

                                    _____
                                    SAMUEL H. MAYS, JR.
                                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  11-14-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02804 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

Joseph R. Alexander
Mithoff & Jacks
One Allen Center Penthouse
500 Dallas
Houston, TX 77002

Richard Warren Mithoff
MITHOFF & JACKS, P.C.
One Allen Center Penthouse
500 Dallas
Houston, TX 77002

Steven G. Ohrvall
HILL BOREN- Jackson
1269 N. Highland Ave.
P.O. Box 3539
Jackson, TN 38303--353

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

James L. Wright
JACKS LAW FIRM
111 Congress Ave. Ste. 1010
Austin, TX 78701

Tommy Jacks
Mithoff & Jacks
111 Congress Avenue
Suite 1010
Austin, TX 78701

T. Robert Hill
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Mark Guerrero
Mithoff & Jacks, P.C.
111 Congress Avenue
Suite 1010
Austin, TX 78701

Honorable Samuel Mays
US DISTRICT COURT